*E-Filed 3/22/11*

Megan Olesek (SBN 191218)
KENYON & KENYON LLP
333 West San Carlos Street, Suite 600
San Jose, CA 95110-2731
Telephone: 408.975.7500
Facsimile: 408.975.7501
Email: molesek@kenyon.com

Lewis V. Popovski (*pro hac vice*)
Michelle M. Carniaux (*pro hac vice*)
Sheila Mortazavi (*pro hac vice*)
Matt Berkowitz (*pro hac vice*)
Zaed M. Billah (*pro hac vice*)
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
Telephone: 212.425.7200
Facsimile: 212.425.5288
Email: lpopovski@kenyon.com
Email: mcarniaux@kenyon.com
Email: smortazavi@kenyon.com
Email: mberkowitz@kenyon.com
Email: zbillah@kenyon.com

*Attorneys for Plaintiff
Sony Electronics Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY ELECTRONICS INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDIOSTREAM, INC., <br><br> Defendant. | Case No. 03:10-cv-05410-RS <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS** |

KENYON & KENYON
LLP
NEW YORK

STIPULATION AND [~~PROPOSED~~] ORDER
SELECTING ADR PROCESS

CASE NO. 03:10-CV-05410-RS

1   Counsel report that they have met and conferred regarding ADR and have reached the

2   following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

3   The parties agree to participate in the following ADR process:

4

5   **Court Processes:**

6   ☐   Non-binding Arbitration (ADR L.R. 4)

7   ☐   Early Neutral Evaluation (ENE) (ADR L.R. 5)

8   ☐   Mediation (ADR L.R. 6)

9   *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is*

10  *appreciably more likely to meet their needs than any other form of ADR, must participate in an*

11  *ADR phone conference and may not file this form. They must instead file a Notice of Need for*

12  *ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

13

14  **Private Process:**

15  ☒   Private ADR *(please identify process and provider)* _____

16      Private Mediation _____

17  The parties agree to hold the ADR session by:

18  ☒   the presumptive deadline *(The deadline is 90 days from the date of the*

19      *order referring the case to an ADR process unless otherwise ordered. )*

20  ☐   other requested deadline _____

21

22

23  Dated:   March 17, 2011                    /s/Lewis V. Popovski
                                                Attorney for Plaintiff
24                                              Sony Electronics Inc.

25

26  Dated:   March 17, 2011                    /s/ Byron Cooper
                                                Attorney for Defendant
27                                              MedioStream, Inc.

28

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☒ Private ADR

Deadline for ADR session

- ☒ 90 days from the date of this order.
- ☐ other _____

**IT IS SO ORDERED.**

Dated: 3/21/11

_/s/ Richard Seeborg_

Hon. Richard Seeborg
United States District Judge