IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIOSTREAM, INC., | Case No. C 11-2525 RS |
| Plaintiff, | |
| v. | **ORDER RE SCHEDULING** |
| MICROSOFT CORPORATION, et al., | |
| Defendants. | |

Defendants' request for an order shortening time for briefing and hearing their motion to stay is denied. That motion will be heard as noticed, on February 7, 2013 at 1:30 p.m. The Case Management Conference is hereby continued to that same date and time.

The additional motions presently set for January 31, 2013 are also continued to February 7, 2013. Those motions may be subject to a further continuance, in the event it appears advisable to resolve the stay motion prior to considering the merits of those motions.

IT IS SO ORDERED.

Dated: January 4, 2013

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE