UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

SONY ELECTRONICS INC.,

    Plaintiff;

v.

MEDIOSTREAM, INC.,

    Defendant.

Case No. 3:10-cv-05410-RS

[~~PROPOSED~~] ORDER AND STIPULATION OF DISMISSAL

Judge Richard Seeborg

IT IS HEREBY STIPULATED, by and among Plaintiff Sony Electronics Inc. and Defendant MedioStream, Inc. (collectively the "Parties") through their counsel of record and subject to the approval of the Court that:

1. All claims presented by Sony Electronics Inc. in this litigation are dismissed without prejudice.
2. All counterclaims presented by MedioStream, Inc. in this litigation shall be dismissed with prejudice; and
3. The Parties shall bear their own costs and attorneys' fees.

| | |
|---|---|
| */s/ Lewis V. Popovski* | */s/ Byron Cooper* |
| Lewis V. Popovski (pro hac vice)<br>Michelle Carniaux (pro hac vice)<br>Zaed M. Billah (pro hac vice)<br>KENYON & KENYON LLP<br>One Broadway<br>New York, NY 10004-1007<br>Telephone: 212.425.7200<br>Facsimile: 212.425.5288<br>Email: lpopovski@kenyon.com<br>Email: mcarniaux@kenyon.com<br>Email: zbillah@kenyon.com<br><br>Megan Olesek (SBN 191218)<br>KENYON & KENYON LLP<br>1801 Page Mill Road, Suite 210<br>Palo Alto, CA 94304-1216<br>Telephone: 650.384.4700<br>Facsimile: 650.384.4701<br>Email: molesek@kenyon.com<br><br>*Counsel for Plaintiff Sony Electronics Inc.* | Byron Cooper (State Bar No. 166578)<br>530 Lytton Avenue, Suite 200<br>Palo Alto, California 94301<br>Telephone: (650) 283-4244<br>Fax: (650) 617-3201<br>Email: bcooper@teklaw.co<br><br>S. Calvin Capshaw (pro hac vice)<br>Elizabeth L. DeRieux (pro hac vice)<br>CAPSHAW DeRIEUX, LLP<br>114 E. Commerce Ave.<br>Gladewater, TX 75647<br>Tel: (903) 236-9800; Fax: (903) 236-8787<br>Email: ccapshaw@capshawlaw.com<br>Email: ederieux@capshawlaw.com<br><br>*Counsel for Defendant MedioStream, Inc.* |

IT IS SO ORDERED.

Dated: 9/3/13

_____
Hon. Richard Seeborg
United States District Judge

KENYON & KENYON LLP
NEW YORK

ORDER AND STIPULATION OF DISMISSAL — - 2 - — Case No. 3:10-cv-05410-RS